# UNITED STATES DISTRICT COURT

for the

District of Alaska

_____ Division

Randell G. Jackson

)
)
)
)

Case No. 1:21-cv-00005-JMK
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ☐ Yes ☐ No

-v-

State of Alaska

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.


Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Randell G. Jackson
  Address: PoB 867  503 Small Tract Rd.
  Haines                    AK           99827
  *City                     State        Zip Code*
  County: Haines Borough
  Telephone Number: 907-314-0213
  E-Mail Address: pappyfrost@yahoo.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: State of Alaska
  Job or Title (if known): Nancy R. Simel Office of Criminal Appeals
  Address: 1031 W 4th Ave, Ste 200
  Anchorage                  Ak           99501
  *City                      State        Zip Code*
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [✓] Official capacity

  Defendant No. 2
  Name:
  Job or Title (if known):
  Address:
  *City                      State        Zip Code*
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [ ] Official capacity

Defendant No. 3
 Name
 Job or Title *(if known)*
 Address

|  |  |  |
|---|---|---|
| City | State | Zip Code |

 County
 Telephone Number
 E-Mail Address *(if known)*

 ☐ Individual capacity  ☐ Official capacity

Defendant No. 4
 Name
 Job or Title *(if known)*
 Address

|  |  |  |
|---|---|---|
| City | State | Zip Code |

 County
 Telephone Number
 E-Mail Address *(if known)*

 ☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

 ☐ Federal officials (a *Bivens* claim)

 ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
 right to a fair trial under the Alaska rules of court and the right to a fair trial free false statements in criminal complaint as well as testimony at trial.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The state of Alaska presented a criminal complaint that contained false statements and was not signed nor affirmed by anyone with personal knowledge of the complaint. The court seated jurors improperly. The State presented witnesses that gave false testimony. The prosecutor knowingly fostered false statements. The prosecutor made false statements to the jury. Many Plain errors were presented immediately after trial, have never been fully addressed and judges improperly made findings of facts.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In the courts of Alaska, Haines District court July 28, 2012 (criminal complaint filed) through December 23, 2020 Alaska Supreme court (ruling affirmed lower courts appeals and PCR).

B. What date and approximate time did the events giving rise to your claim(s) occur?

July 28, 2012 criminal complaint filed and statements were made that mislead the magistrates and judges in arraignment.
5/8-5/13/2013 and 8/29-8/30/2013 jury trials were held. 10/17/2013 initial sentencing.
3/1/2016 ruling from superior court on direct appeal. 4/14/2017 final sentencing.
3/12/2019 PCR request improperly dismissed. 12/23/2020 appeal to Ak supreme court ruling to affirm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was (falsely) arrested for disorderly conduct and the conviction was vacated on appeal while additional convictions for alleged resisting and alleged assault from the same arrest and trial were improperly affirmed by judges using facts not in the record to support the rulings. At arraignment in Haines district court the prosecutor mislead the judge to believe there was to be witnesses and statements to support the complaining officer(s) based on the criminal complaint that was unsigned. Jurors were seated in the 2nd trial despite objections. At 2 trials my defense provided 7 witnesses that constantly testified truthfully. The State presented 4 police officers that contradicted each other and made false statements in the 2 trials. On appeals the higher courts relied on facts not in evidence nor on record to uphold lower courts rulings. The many plain errors claimed through out the process were never properly reviewed or heard

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
During the arrest I sustained sprained wrists, severely bruised ribs, feet and face as well as a broken tooth. At my expense a medical examination after release. Photos of injuries presented as evidence at trials.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
I request this court to review the record for the many plain errors claimed and vacate convictions of assault and resisting.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/30/2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Randell G. Jackson, Pro Se

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

          City    State    Zip Code

Telephone Number
E-mail Address

